LATHAM & WATKINS LLP
Peter A. Wald (Bar No. 85705)
  *peter.wald@lw.com*
Gavin M. Masuda (Bar No. 260480)
  *gavin.masuda@lw.com*
Nicole C. Valco (Bar No. 258506)
  *nicole.valco@lw.com*
Eric Chen (Bar No. 287046)
  *eric.chen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendant Deloitte & Touche LLP*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC, <br><br> Defendants <br><br> Underlying Case: *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.* 3:16-cv-00580-AC (D. Or.) | CASE NO. 2:19-mc-00034 <br><br> **DEFENDANT DELOITTE & TOUCHE LLP'S NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC** <br><br> Judge: <br> Date: <br> Time: <br> Place: |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DELOITTE & TOUCHE LLP'S
NOTICE OF MOTION AND
MOTION TO COMPEL

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that at a date, time, and courtroom to be announced, Deloitte & Touche LLP ("Deloitte"), a defendant in the putative class action captioned *Ciuffitelli, et al. v. Deloitte & Touche LLP*, No. 1:16-cv-00580-AC, currently pending before the Honorable John V. Acosta in the U.S. District Court for the District of Oregon (the "Oregon Class Action"), will and hereby does move this Court to compel non-party CliftonLarsonAllen Wealth Advisors, LLC ("CliftonLarsonAllen Wealth Advisors") to comply with Deloitte's August 23, 2018 Subpoena Duces Tecum.

This Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, the declarations in support of the Joint Stipulation and accompanying exhibits, any supplemental memoranda which may later be filed, all of the pleadings and other documents on file in the Oregon Class Action, any matters upon which the Court may take judicial notice, and any further argument or evidence that may be received by the Court.

The parties have been unable to resolve their dispute despite their meet-and-confer efforts pursuant to Local Rule 37-1.  Deloitte hereby certifies that it conferred in good faith with CliftonLarsonAllen Wealth Advisors in an effort to obtain the discovery without court action.

Dated:  March 14, 2019                          LATHAM & WATKINS LLP

By: */s/ Peter A. Wald*
Peter A. Wald
*Attorney for Defendant*
*Deloitte & Touche LLP*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DELOITTE & TOUCHE LLP'S
NOTICE OF MOTION AND
MOTION TO COMPEL