UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC<br><br>Defendants<br><br>Underlying Case: *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.* 3:16-cv-00580-AC (D. Or.) | CASE NO. 2:19-mc-00034<br><br>**[PROPOSED] ORDER GRANTING DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC**<br><br>Judge:<br>Date:<br>Time:<br>Place: |

1    THIS MATTER comes before this Court upon Deloitte & Touche LLP's ("Deloitte") Motion to Compel Non-Party CliftonLarsonAllen Wealth Advisors, LLC. ("CLA"). Upon review of the Motion all supporting declarations, any opposition and oral argument, the Court hearby finds good cause to GRANT the Motion as follows:

Non-Party CliftonLarsonAllen Wealth Advisors, LLC shall produce all non-privileged documents responsive to Requests for Production Nos. 2-19 in Deloitte's Subpoena issued to CLA pursuant to Rule 45.

**IT IS SO ORDERED.**

Dated: _____    _____
                                UNITED STATES MAGISTRATE JUDGE