| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | LATHAM & WATKINS LLP<br>Peter A. Wald (Bar No. 85705)<br>  *peter.wald@lw.com*<br>Gavin M. Masuda (Bar No. 260480)<br>  *gavin.masuda@lw.com*<br>Nicole C. Valco (Bar No. 258506)<br>  *nicole.valco@lw.com*<br>Eric Chen (Bar No. 287046)<br>  *eric.chen@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile:  (415) 395-8095 |
| 8 | *Attorneys for Defendant Deloitte & Touche LLP* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>                     Plaintiffs,<br>     v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,<br><br>                     Defendants<br><br>Underlying Case: *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.* 3:16-cv-00580-AC (D. Or.) | CASE NO. 2:19-mc-00034<br><br>**DECLARATION OF GAVIN M. MASUDA IN SUPPORT OF DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC**<br><br>Judge:<br>Date:<br>Time:<br>Place: |

I, Gavin M. Masuda, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner with the law firm of Latham & Watkins LLP, counsel of record for Defendant Deloitte & Touche LLP ("Deloitte") in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Second Amended Class Action Complaint in *Ciuffittelli, et. al. v. Deloitte & Touche LLP, et.al.*, No. 16-cv-00580-AC (D. Or. Sept. 8, 2017).

3. Attached as Exhibit 2 is a true and correct copy of an email chain with subject line "Ciuffitelli v. Deloitte – Subpoena to CliftonLarsonAllen," from September 18, 2018 to January 11, 2019, involving David Porteous and Emily Seymore, counsel for CliftonLarsonAllen Wealth Advisors LLC ("CliftonLarsonAllen"), and Eric Chen and Gavin Masuda, counsel for Deloitte & Touche LLP.

4. Attached as Exhibit 3 is true and correct copy of an email chain with subject line "Ciuffitelli v. Deloitte – Discuss Subpoena to CliftonLarsonAllen," from January 18, 2019 to February 14, 2019, involving David Porteous and Emily Seymore, counsel for CliftonLarsonAllen, and Eric Chen and Gavin Masuda, counsel for Deloitte & Touche LLP.

5. Attached as Exhibit 4 is a true and correct copy of a February 20, 2019 letter from Emily Seymore, counsel for CliftonLarsonAllen, to Eric Chen, counsel for Deloitte.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the January 24, 2019 deposition of Mohan Harihara in the case *Ramsdell, et. al. v. Deloitte & Touche LLP, et. al.*, No. 16CV40659 (Multnomah Cty. Cir. Ct.).

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the January 29, 2019 deposition of Michael E. Thomas in the case *Pommier, et. al. v. Deloitte & Touche LLP, et. al.*, No. 16CV36439 (Multnomah Cty. Cir. Ct.).

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the January 28, 2019 deposition of Julia Tung in the case *Layton, et. al. v. Deloitte & Touche LLP, et. al.*, No. 17CV42915 (Multnomah Cty. Cir. Ct.).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2019 in San Francisco, CA.

By: */s/ Gavin M. Masuda*
Gavin M. Masuda