NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LATHAM & WATKINS LLP
Peter A. Wald (Bar No. 85705)
  peter.wald@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

ATTORNEY(S) FOR: Defendant Deloitte & Touche LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LAWRENCE P. CIUFFITELLI, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:19-mc-00034 |
| v. | |
| DELOITTE & TOUCHE LLP, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Deloitte & Touche LLP** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| See Attachment A | |

| March 14, 2019 | /s/ Peter A. Wald |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Peter A. Wald