| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Peter A. Wald (Bar No. 85705) |
| 2 | *peter.wald@lw.com* |
| | Gavin M. Masuda (Bar No. 260480) |
| 3 | *gavin.masuda@lw.com* |
| | Nicole C. Valco (Bar No. 258506) |
| 4 | *nicole.valco@lw.com* |
| | Eric Chen (Bar No. 287046) |
| 5 | *eric.chen@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, California 94111 |
| | Telephone: (415) 391-0600 |
| 7 | Facsimile: (415) 395-8095 |
| 8 | Attorneys for Defendant Deloitte & Touche LLP |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC <br><br>Defendants <br><br>Underlying Case: *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.* 3:16-cv-00580-AC (D. Or.) | CASE NO. 2:19-mc-00034 <br><br>**DELOITTE & TOUCHE LLP'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE, pursuant to Rule 7.1 of the Federal Rules of Civil |
| 2 | Procedure, that: Deloitte & Touche LLP is a limited liability partnership with its |
| 3 | interests held by its partners and principals and by Deloitte LLP (with its interests |
| 4 | held by its partners and principals).  Accordingly, Deloitte & Touche LLP has no |
| 5 | parent corporations and no publicly held corporation owns 10% or more of its |
| 6 | equity interests. |

Dated:   March 14, 2019                                    LATHAM & WATKINS LLP

By: */s/ Peter A. Wald*
Peter A. Wald
*Attorneys for Defendant*
*Deloitte & Touche LLP*