LATHAM & WATKINS LLP
Peter A. Wald (Bar No. 85705)
*peter.wald@lw.com*
Gavin M. Masuda (Bar No. 260480)
*gavin.masuda@lw.com*
Nicole C. Valco (Bar No. 258506)
*nicole.valco@lw.com*
Eric Chen (Bar No. 287046)
*eric.chen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendant Deloitte & Touche LLP*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,

Plaintiffs,

v.

DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,

Defendants

Underlying Case: *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.* 3:16-cv-00580-AC (D. Or.)

CASE NO. 2:19-mc-00034

**PROOF OF SERVICE**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071.

On March 14, 2019, I served the following documents described as:

**DEFENDANT DELOITTE & TOUCHE LLP'S NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC**

**JOINT STIPULATION REGARDING DEFENDANT DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTONLARSO NALLEN WEALTH ADVISORS, LLC**

**[PROPOSED] ORDER GRANTING DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC**

**DECLARATION OF GAVIN M. MASUDA IN SUPPORT OF DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC**

**DECLARATION OF EMILY L. SEYMORE IN OPPOSITION TO DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTON LARSONALLEN WEALTH ADVISORS, LLC**

**DECLARATION OF DAVID W. PORTEOUS IN OPPOSITION TO DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTON LARSONALLEN WEALTH ADVISORS, LLC**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**DELOITTE & TOUCHE LLP'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

**NOTICE OF APPEARANCE PETER A. WALD**

**NOTICE OF APPEARANCE NICOLE C. VALCO**

**NOTICE OF APPEARANCE GAVIN M. MASUDA**

**NOTICE OF APPEARANCE ERIC CHEN**

by serving a true copy of the above-described documents by **E-Mail or Electronic Transmission**:

Based on an agreement of the parties to accept service by email or electronic

transmission, I caused the document(s) to be sent from e-mail address john.eastly@lw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

| | |
|---|---|
| THE FERRANTI FIRM LLC<br><br>William P. Ferranti,<br>1819 SW 5th Avenue, Suite 403<br>Portland, OR 97201<br>Telephone: (503) 877-9220<br>Email: wpf@ferrantiappeals.com<br><br>-And –<br><br>Linda T. Coberly<br>Catherine W. Joyce<br>Joanna Rubin Travalini<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone:(312) 558-5600<br>Email: lcoberly@winston.com<br>cjoyce@winston.com<br>jtravalini@winston.com<br><br>Attorneys for Defendant EisnerAmper LLP | FAEGRE BAKER DANIELS<br><br>Emily L. Seymore<br>311 South Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Telephone: (312) 212-6500<br>Facsimile: (312) 212-6501<br>Email:Emily.seymore@faegrebd.com<br>Attorneys for Non-Party CliftonLarsonAllen Wealth Advisors, LLC |
| HARRANG LONG GARY RUDNICK P.C.<br><br>William F. Gary<br>william.f.gary@harrang.com<br>Sharon A. Rudnick,<br>sharon.rudnick@harrang.com<br>360 E. 10th Avenue, Suite 300<br>Eugene, OR 97401-3273<br>Telephone:(541) 485-0220<br><br>-And –<br><br>Michael S. Pullos,<br>mpullos@winston.com<br>Stephen V. D'Amore,<br>sdamore@winston.com<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-6468<br><br>Attorneys for Defendant Duff & Phelps, LLC | HART WAGNER, LLP<br><br>Matthew J. Kalmanson<br>mjk@hartwagner.com<br>Lindsay Howk Duncan,<br>lhd@hartwagner.com<br>1000 SW Broadway, Twentieth Floor<br>Portland, OR 97205<br>Telephone: (503) 222-4499<br>-And –<br><br>Bruce M. Bettigole<br>brucebettigole@eversheds-sutherland.com<br>Nicholas Christakos,<br>nicholaschristakos@eversheds-sutherland.com<br>EVERSHEDS SUTHERLAND (US), LLP<br>700 Sixth Street NW, Suite 700<br>Washington, D.C. 20001-3980<br>Telephone: (202) 383-0100<br>Facsimile: (202) 637-3593 |

| | |
|---|---|
| | Attorneys for Defendant TD Ameritrade, Inc. |
| MARKOWITZ HERBOLD PC<br><br>David. B Markowitz<br>DavidMarkowitz@MarkowitzHerbold.com<br>Jeffrey M. Edelson,<br>JeffEdelson@MarkowitzHerbold.com<br>Chad M. Colton,<br>ChadColton@MarkowitzHerbold.com<br>1211 S.W. Fifth Avenue, Suite 3000<br>Portland, OR 97204<br>Telephone: 503-295-3085<br><br>-And –<br><br>Brad D. Brain,<br>Brad.brian@mto.com<br>Bruce A. Abbott,<br>Bruce.abbott@mto.com<br>Kevin L. Brady<br>Kevin.Brady@mto.com<br>Trevor N. Templeton<br>Trevor.templeton@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-683-9100<br><br>Attorneys for Defendant Sidley Austin LLP | K&L GATES LLP<br><br>Philip S. Van Der Weele,<br>phil.vanderweele@klgates.com<br>One SW Columbia Street, Suite 1900<br>Portland, OR 97258<br>Phone: 503-228-3200<br><br>Attorneys for Defendant Tonkon Torp LLP |
| LANE POWELL PC<br><br>Milo Petranovich,<br>Peter D. Hawkes,<br>SreeVamshi C. Reddy,<br>601 S.W. Second Avenue, Suite 2100<br>Portland, OR 97204<br>Telephone: 503.778.2100<br><br>Attorneys for Defendant Integrity Bank & Trust | STOLL STOLL BERNE LOKTING & SHLACHTER P.C<br>Keith A. Ketterling,<br>kketterling@stollberne.com<br>Timothy S. DeJong,<br>tdejong@stollberne.com<br>Jacob S. Gill,<br>jgill@stollberne.com<br>Nadia H. Dahab<br>ndahab@stollberne.com<br>209 S.W. Oak Street, Fifth Floor<br>Portland, Oregon 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840<br><br>HAGENS BERMAN SOBOL SHAPIRO LLP |

| | Steve W. Berman<br>steve@hbsslaw.com<br>Karl P. Barth<br>karlb@hbsslaw.com<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Attorneys for Plaintiffs<br>Lawrence P. Ciuffitelli, et al. |
|---|---|

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2019, at Los Angeles, California.

John M. Eastly