**FAEGRE BAKER DANIELS LLP**
MICHAEL JAEGER (SBN 289364)
*michael.jaeger@faegrebd.com*
11766 Wilshire Blvd., Suite 750
Los Angeles, CA  90025
Telephone:   (310) 500-2090
Facsimile:    (310) 500-2091

Attorneys for
CLIFTONLARSONALLEN WEALTH
ADVISORS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, et al., | CASE NO. 2:19-mc-00034 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF MICHAEL JAEGER** |
| DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC, | |
| Defendants. | |
| Underlying Case: Ciuffitelli, et al. v. Deloitte & Touche LLP, et al. 3:16-cv-00580-AC (D. Or.) | |

FAEGRE BAKER
DANIELS LLP
ATTORNEYS AT LAW
LOS ANGELES

US.122374432.01

NOTICE OF APPEARANCE
CASE NO. 2:19-MC-00034

1   **TO THE CLERK OF COURT AND COUNSEL OF RECORD:**

2         **PLEASE TAKE NOTICE THAT** attorney Michael Jaeger of Faegre Baker

3   Daniels, LLP, hereby appears as counsel of record for CliftonLarsonAllen Wealth

4   Advisors, LLC, in the above-captioned action.

5         All pleadings and papers should be served electronically in this action via

6   ECF to michael.jaeger@faegrebd.com.

7

8   DATED:  March 18, 2019          **FAEGRE BAKER DANIELS LLP**

9

10

11                    By:_____*/s/ Michael Jaeger*_____
                  Michael Jaeger

12                     *Attorneys for*
                  CliftonLarsonAllen Wealth Advisors,

13                     LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE BAKER
DANIELS LLP
ATTORNEYS AT LAW
LOS ANGELES

US.122374432.01

- 2 -

NOTICE OF APPEARANCE
CASE NO. 2:19-MC-00034