JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>              Plaintiffs,<br>     v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,<br><br>              Defendants<br><br>Underlying Case: *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.* 3:16-cv-00580-AC (D. Or.) | CASE NO. 2:19-mc-00034-PA-PLA<br><br>Hon. Percy Anderson<br><br>**ORDER ON JOINT STIPULATION TO TRANSFER DEFENDANT DELOITTE & TOUCHE LLP'S MOTION TO COMPEL NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC TO UNDERLYING COURT** |

IT IS HEREBY ORDERED based on the Joint Stipulation of the Parties to Transfer Defendant Deloitte & Touche LLP's Motion to Compel Non-Party CliftonLarsonAllen Wealth Advisors, LLC, that the Motion to Compel is hereby transferred to the District of Oregon and the April 3, 2019 hearing date on the Motion is vacated.

IT IS SO ORDERED.

Dated: March 21, 2019

_____
Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE